UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROCCO MARINI and JOSEPHINE MARINI,   Civil Action No.:   2:14-cv-02792
                                                                                                     (FB)(AYS)
                        Plaintiffs,

    -against-                                               **STIPULATION OF**
                                                                **VOLUNTARY DISMISSAL**

HAROLD ADAMO, JR., LISA ADAMO, THE
BOLTON GROUP, INC., H. EDWARD RARE COINS
& COLLECTIBLES, INC., et al.

                        Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed as against the Defendants, without costs and without further notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: Mineola, New York
         June 24, 2020

**Palmieri Law P.C.**                                              **Silverman Acampora LLP**

By: _____                     By: _____
Vito A. Palmieri, Esq.                                            Gayle S. Gerson, Esq.
*Attorneys for Plaintiffs*                                       *Attorneys for Defendants*
250 Mineola Boulevard                                        100 Jericho Quadrangle, Suite 300
Mineola, New York 11501                                   Jericho, New York 11753
Tel:    (516) 248-9595                                    Tel:    (516) 479-6372

1